SYSTEMS DIVISION, INC.,
Plaintiff–Appellee,

v.

TEKNEK, LLC (by its Trustee, Phillip D. Levey), Defendant–Appellant,

and

Sheila Hamilton, Jonathan Kennett, and Teknek Holdings, Ltd., Defendants–Appellants.

Nos. 2008–1099, 2008–1100.

United States Court of Appeals, Federal Circuit.

Jan. 24, 2008.

**ORDER**

Order Vacated, See 2008 WL 565451.

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**ADVANCEME, INC., Plaintiff–Appellant,**

v.

**RAPIDPAY, LLC, Defendant,**

and

**Merchant Money Tree, Inc. and Reach Financial, LLC, Defendants–Cross Appellants.**

No. 2008–1037.

United States Court of Appeals, Federal Circuit.

Jan. 24, 2008.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).